**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
JOHNNY L. GRIFFIN, III (SBN 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
CARLOS QUINONES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS QUINONES, <br><br> Defendant. | Case No. CR-S-04-131 FCD <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** <br><br> Date: July 12, 2005 <br> Time: 9:30 a.m. <br><br> Honorable Frank C. Damrell, Jr. |

The United States of America, by and through Assistant U.S. Attorney Mary L. Grad, and Defendant CARLOS QUINONES, by and through his attorney Johnny L. Griffin, III, hereby agree and stipulate to continue judgment and sentencing in the above captioned case from July 12, 2005 to September 19, 2005 at 9:30 a.m.[1]

//

//

---

1. The parties have been advised by this Court's Clerk that September 19, 2005 at 9:30 a.m. is an available date and time for sentencing on this matter

U.S. v. Carlos Quinones
Cr-S-04-131 FCD
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

Dated: July 11, 2005             Respectfully submitted,

                                                /s/ Mary L. Grad
                                                MARY L. GRAD[2]
                                                Assistant U.S. Attorney


Dated: July 11, 2005             /s/ Johnny L. Griffin, III
                                                JOHNNY L. GRIFFIN, III
                                                Attorney for Defendant Carlos Quinones


**IT IS SO ORDERED.**


Dated: July 12, 2005             /s/ Frank C. Damrell Jr.
                                                HON. FRANK C. DAMRELL, JR.
                                                United States District Judge

---

[2] Assistant United States Attorney Mary L. Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

U.S. v. Carlos Quinones
Cr-S-04-131 FCD
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814